**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** : | **CIVIL ACTION NO. 1:05-CV-2053** |
| **Plaintiff** : | **(Judge Conner)** |
| v. : | |
| **JOHN KOSCINSKI and ANTOINETTE** : | |
| **F. KOSCINSKI,** : | |
| **Defendants** : | |

## ORDER

AND NOW, this 11th day of October, 2005, upon consideration of the complaint (Doc. 1), requesting preliminary and permanent injunction in the above-captioned case, see FED. R. CIV. P. 65(a), it is hereby ORDERED that:

1. A telephone conference on the relief requested (see Doc. 1) shall be held at 10:00 a.m. on Friday, October 14, 2005.  Counsel for plaintiff shall be responsible for initiating the telephone conference.

2. At or before 4:00 p.m. on Tuesday, October 12, 2005, counsel for plaintiff shall notify defendants of the time and subject matter of the telephone conference.  Defendants shall be permitted to provide the court with an entry of appearance of counsel who may then take part in the telephone conference.

                                                 S/ Christopher C. Conner
                                                CHRISTOPHER C. CONNER
                                                United States District Judge