# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | **CIVIL ACTION NO. 1:05-CV-2053** |
| **Plaintiff** | : | **(Judge Conner)** |
| v. | : | |
| **JOHN KOSCINSKI and ANTOINETTE F. KOSCINSKI,** | : | |
| **Defendants** | : | |

## ORDER

AND NOW, this 3rd day of November, 2005, upon consideration of the motion for leave to withdraw (Doc. 10), filed by defendants' counsel, Attorneys Paul W. Minnich, Sean E. Summers, and Jeremy D. Frey (collectively, "counsel"), asserting that defendants refuse to cooperate or communicate with counsel, see PA. RULES OF PROF. CONDUCT R. 1.16(b)(5) ("[A] lawyer may withdraw from representing a client if . . . the client fails substantially to fulfill an obligation to the lawyer regarding the lawyer's services . . . ."); id. 1.16(b)(7) (allowing for withdrawal of counsel where "other good cause exists"); see also L.R. 83.23.2 (adopting the Pennsylvania Rules of Professional Conduct), it is hereby ORDERED that:

1. Defendants John Koscinski and Antoinette F. Koscinski shall file, on or before November 21, 2005, a response showing cause why the motion to withdraw (Doc. 10) should not be granted. If no response is filed, the court will grant the motion as unopposed.

2.  Counsel for defendants shall cause to be served upon John Koscinski and Antoinette F. Koscinski a copy of the motion to withdraw (Doc. 10) and this order and file proof thereof with the court on or before November 9, 2005.

          S/ Christopher C. Conner
          CHRISTOPHER C. CONNER
          United States District Judge